## John M. Rouse, Inc., Appellant, *v.* George W. Myers Co., Inc.

Argued September 15, 1971. *Joseph J. Carlin,* for appellant; *Lionel B. Gumnit,* with him *Paul J. Donnelly,* for appellees.

Appeal quashed as taken from an interlocutory order.

## Kaslik *v.* Ortt (et al., Appellants).

Argued September 15, 1971. *David G. Welty,* for appellants; *Edward N. Cahn,* for appellees.

Judgment affirmed.

## Lorenzo, Appellant, *v.* Vollmer.

Argued September 17, 1971. *John R. Fernan,* with him *Cartwright & Fernan,* for appellant; *Alvin B. Coppolo,* with him *Driscoll, Gregory & Coppolo,* for appellee.

Order affirmed.